UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>          v.<br>LEON TAYLOR | CR No. 15-035M |

GOVERNMENT'S MOTION TO DISMISS INDICTMENT

Pursuant to Federal Rule of Criminal Procedure 48(a), the Government moves to dismiss the indictment in the above captioned matter.

Respectfully submitted,

PETER F. NERONHA
United States Attorney

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email:  milind.shah@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of January 2016, I electronically filed the above motion using the CM/ECF System.  All parties of record have received electronic notice.

/s/ Milind M. Shah
MILIND M. SHAH
Assistant U.S. Attorney
50 Kennedy Plaza, 8th Floor
Providence, RI 02903
401-709-5000
401-709-5017 fax
Email:  milind.shah@usdoj.gov